OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

2/5/2015

BEAL, KENNETH WAYNE   Tr. Ct. No. 1104057-A   WR-82,824-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

KENNETH WAYNE BEAL
22715 IMPERIAL VALLEY
HOUSTON, TX 77073

N3B 77073